IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM R. REVOAL, II,

    Plaintiff,                           No. 2:13-cv-580-JAM-EFB PS

    vs.

EDMUND BROWN, JR.;
COMMUNITY SERVICE PARTNERSHIP,

    Defendants.                       FINDINGS AND RECOMMENDATIONS
_____/

    This case, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On April 4, 2013, the undersigned dismissed plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915(e)(2). Dckt. No. 5. The order explained the deficiencies in plaintiff's first amended complaint, gave plaintiff thirty days to file a second amended complaint correcting those deficiencies, and warned plaintiff that failure to file a second amended complaint would result in a recommendation that this action be dismissed. *Id.*

    The deadline has now passed and plaintiff has not filed a second amended complaint.[1]

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed and that
2 the Clerk be directed to close this case. Fed. R. Civ. P. 41(b); L.R. 110.
3  These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties. Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10 Dated: May 13, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE